1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,      )      No. CR-F-05-264 OWW
                                    )
10                                  )      ORDER DENYING PETITIONER'S
                                    )      MOTION FOR TRIAL TRANSCRIPTS
11                     Plaintiff/   )      AND LEGAL DOCUMENTS WITHOUT
                       Respondent,  )      PREJUDICE
12                                  )
              vs.                   )
13                                  )
                                    )
14   JOSE MACARENA-ESPARZA,         )
                                    )
15                                  )
                       Defendant/   )
16                     Petitioner.  )
                                    )
17   _____)

18        On December 23, 2010, Jose Macarena-Esparza, proceeding *in

19   pro per*, filed a motion for production of (1) trial and

20   evidentiary hearing transcripts, and (2) Indictment, Presentence

21   Reports and docket sheet.

22        Petitioner was charged with one count of conspiracy to

23   distribute methamphetamine and with two counts of distribution of

24   methamphetamine.  Pursuant to a written Plea Agreement,

25   Petitioner pleaded guilty to one count of distribution of

26   methamphetamine.  Petitioner's Plea Agreement did not waive his

                                    1

1 right to appeal his conviction or sentence or his right to

2 challenge his conviction or sentence by collateral attack.

3 Petitioner was sentenced on June 26, 2006 to 120 months

4 incarceration and 60 months of supervised release.  Petitioner

5 did not file a notice of appeal and his conviction and sentence

6 are now final.

7     Petitioner's motion requests production of the documents at

8 government expense and asserts that he is indigent.  Petitioner

9 has not filed any post-conviction collateral attack on his

10 conviction or sentence.  Petitioner's motion is DENIED WITHOUT

11 PREJUDICE.

12     28 U.S.C. § 753(f) provides:

13         Fees for transcripts furnished in criminal
proceedings to persons proceeding under the

14         Criminal Justice Act (18 U.S.C. 3006A), or in
habeas corpus proceedings to persons allowed

15         to sue, defend, or appeal in forma pauperis,
shall be paid by the United States out of

16         moneys appropriated for those purposes.  Fees
for transcripts furnished in proceedings

17         brought under section 2255 of this title to
persons permitted to sue or appeal in forma

18         pauperis shall be paid by the United States
out of money appropriated for that purpose if

19         the trial judge or a circuit judge certifies
that the suit or appeal is not frivolous and

20         that the transcript is needed to decide the
issue presented by the suit or appeal.  Fees

21         for transcripts furnished in other
proceedings to persons permitted to appeal in

22         forma pauperis shall also be paid by the
United States if the trial judge or a circuit

23         judge certifies that the appeal is not
frivolous (but presents a substantial

24         question).

25 Petitioner is not entitled to copies of transcripts or other

26 court records at Government expense until he actually brings a

1 **post-conviction motion.   *See United States v. Lucatero*, 2007 WL**

2 **1747077 (E.D.Cal.2007); *United States v. Soto-Valdez*, 2009 WL**

3 **1311954 (D.Ariz.2009).**

4     IT IS SO ORDERED.

5 **Dated:   December 29, 2010**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE